SEALED

FILED

SEP 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:12-CR-0339 MCE |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| v. | ) (UNDER SEAL) |
| EDWARD DANIEL HARSH II, | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: September 26, 2012

                                    _____
                                    CAROLYN K. DELANEY
                                    United States Magistrate Judge