SEALED
FILED
SEP 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Case 2:12-cr-00339-MCE   Document 5   Filed 09/26/12   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> SEALED, <br><br> Defendants. | 2:12 - CR - 0339 MCE |

SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of a defendant or until further order the Court.

DATED: September 26, 2012

_____
CAROLYN K. DELANEY
United States Magistrate Judge