BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2746

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD DANEIL HARSH II,<br><br>　　　　　　　　Defendant. | CASE NO. 2:12-cr-00339 MCE<br><br>**REQUEST FOR UNSEALING OF INDICTMENT** |

TO THE HONORABLE CAROLYN K. DELANEY, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On September 26, 2012, the Honorable Carolyn K. Delaney issued an order sealing the Indictment in the above-referenced case until the arrest of the defendant or further order of the Court.

2. As of today, October 2, 2012, counsel for the United States has been informed and believes that defendant has been arrested. Accordingly, it is now necessary to unseal the indictment so that the defendant may be fully apprised of the charges against him.

///

///

Order Unsealing Indictment　　　　　　1

1 THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: October 2, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2746

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00339 MCE |
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD DANEIL HARSH II, | |
| Defendant. | |

The Court hereby orders that the Indictment in Case No. 2:12-cr-00339 MCE, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: October 2, 2012          /s/ Carolyn K. Delaney

                                HON. CAROLYN K. DELANEY
                                United States Magistrate Judge
                                Eastern District of California

Order Unsealing Indictment                     1