**FILED**

October 3, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD DANIEL HARSH, II, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-cr-00339-MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Edward Daniel Harsh, II</u>; Case <u>2:12-cr-00339-MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___   Release on Personal Recognizance

　　___   Bail Posted in the Sum of _____

　　_X_   Unsecured Appearance Bond in the amount of $50,000

　　___   Appearance Bond with 10% Deposit

　　___   Appearance Bond secured by Real Property

　　___   Corporate Surety Bail Bond

　　_X_   (Other) <u>Pretrial Supervision/Conditions</u>, to be released to pretrial from USMS office on 10/4/2012.

Issued at <u>Sacramento, CA</u> on <u>10/3/2012</u> at <u>2:35 pm</u>.

By _____
Carolyn K. Delaney
United States Magistrate Judge