**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**EDWARD DANIEL HARSH II**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-00339 MCE |
|            Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| EDWARD DANIEL HARSH II, ) | |
|            Defendant. ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd Pickles, Assistant United States Attorney and Jennifer C Noble, attorney for defendant Edward Daniel Harsh II, that the status conference presently set for December 6, 2012 be continued to February 7, 2013, at 9:00 a.m., thus vacating the presently set status conference.

    Defense counsel requires additional time to review the discovery, and to conduct investigation. Further, both attorneys will be in trial for at least the first three weeks of January 2013. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 7, 2013.

**IT IS SO STIPULATED.**

Dated: November 28, 2012                     By: /s/ Jennifer C. Noble
                                             JENNIFER C. NOBLE
                                             WISEMAN LAW GROUP
                                             Attorney for Defendant
                                             **Edward Daniel Harsh II**


Dated: November 28, 2012                     Benjamin B. Wagner
                                             United States Attorney

                                             By: /s/ Todd Pickles
                                             TODD PICKLES
                                             Assistant U.S. Attorney

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 28, 2012, to and including February 7, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 6, 2012, status conference shall be **continued until February 7, 2013, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  December 6, 2012

_____
**MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE**