BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>EDWARD DANIEL HARSH II,<br><br>  Defendant. | CASE NO. 2:12-CR-00339 MCE<br><br>**AMENDED STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER** |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1.   On May 9, 2013, defendant pled guilty to the sole count of the Indictment charging him with being a felon in possession of a firearm in violation of Title 18, United States Code § 922(g).  The matter was set for Judgment and Sentencing on August 1, 2013 at 9:00 a.m. and referred to the Probation Office for a presentence investigation report.

   2.   The parties and respectfully request that this matter be continued to August 15, 2013 at 9:00 a.m. for Judgment and Sentencing.

   3.   Defendant has pled guilty and therefore stands convicted of the sole count of the Indictment.  Therefore, the provisions of the Speedy Trial Act, 18 U.S.C.§ 3161, do not apply.

IT IS SO STIPULATED.

Dated:  July 16, 2013                     BENJAMIN B. WAGNER
                                          United States Attorney

                             By:   */s/ Todd A. Pickles*
                                   TODD A. PICKLES
                                   Assistant U.S. Attorney

                                   For the United States


Dated:  July 16, 2013                     WISEMAN LAW GROUP P.C.

                             By:   */s/ Todd A. Pickles for*
                                   JENNIFER NOBLE, Esq.

                                   For the Defendant


# **O R D E R**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  The judgment and sentencing hearing currently set for August 1, 2013, is hereby vacated and **continued to August 15, 2013, at 9 a.m.** in Courtroom 7.

Dated:  July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Amended Stipulation and Order for Continuance of
Judgment and Sentencing